# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2537
Fax: 910-483-2690

**DATE:** May 3, 2017

**FROM:** Eddie J. Smith
Supervising U.S. Probation Officer

**SUBJECT:** **CHAMBERS, Terence**
**Case No.: 5:16-CR-52-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
U.S. District Judge

On December 17, 2010, pursuant to a guilty plea to Possession With Intent to Distribute 50 Grams or More of Cocaine Base, Terence Chambers appeared in United States District Court for the Middle District of Florida, and was sentenced to 60 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on March 20, 2015, and began supervision in the Eastern District of North Carolina. On March 1, 2016, jurisdiction was transferred to the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since April 2016. His term of supervision is set to expire on March 19, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        5-3-17
Terrence W. Boyle                       Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:16-CR-52-1BO

**TERENCE CHAMBERS**

On March 20, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer  
310 Dick Street  
Fayetteville, NC 28301-5730  
Phone: 910-354-2537  
Executed On: May 3, 2017

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 3 day of May, 2017.

Terrence W. Boyle  
U.S. District Judge